IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

  v.

MICHAEL J. GAFFEY, et al.,

    Defendants.

No. C 12-04303 JSW

**ORDER SETTING HEARING AND BRIEFING ON OUTSTANDING MOTIONS**

Having reviewed the multiple motions filed in this matter and the Court's calendar, the Court HEREBY ORDERS as follows:

(1)     all pending motions (docket nos. 16, 19, 20, 23, 25, 27, 28, 29 and 31) shall be set for hearing on October 12, 2012 at 9:00 a.m.;

(2)     all outstanding oppositions to the pending motions shall be filed no later than September 25, 2012;

(3)     all replies, if any, shall be filed no later than October 2, 2012.

Plaintiff, who is appearing *pro se*, is hereby admonished that failure to respond timely to the pending motions to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOYEDE OLAJIDE, | Case Number: CV12-04303 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL J. GAFFEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Boyede Olajide
4200 Park Boulevard, #137
Oakland, CA 94602

Dated: September 13, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk