IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

v.

MICHAEL J. GAFFEY, et al.,

    Defendants.

No. C 12-04303 JSW

**ORDER SETTING HEARING AND BRIEFING ON OUTSTANDING MOTIONS**

Having reviewed the multiple motions filed in this matter and the Court's calendar, the Court HEREBY ORDERS as follows:

(1) all pending motions (docket nos. 16, 19, 20, 23, 25, 27, 28, 29 and 31) shall be set for hearing on October 12, 2012 at 9:00 a.m.;

(2) all outstanding oppositions to the pending motions shall be filed no later than September 25, 2012;

(3) all replies, if any, shall be filed no later than October 2, 2012.

Plaintiff, who is appearing *pro se*, is hereby admonished that failure to respond timely to the pending motions to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

  v.

MICHAEL J. GAFFEY et al,

    Defendant.

Case Number: CV12-04303 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Boyede Olajide
4200 Park Boulevard, #137
Oakland, CA 94602

Dated: September 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk