IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD BOYEDE OLAJIDE,

    Plaintiff,

  v.

MICHAEL J. GAFFEY, et al.,

    Defendants.

No. C 12-04303 JSW

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME AND RE-SETTING HEARING AND BRIEFING ON OUTSTANDING MOTIONS**

Having reviewed the multiple motions filed in this matter, the Court's calendar, and taking into consideration Plaintiff's unopposed request for an extension of time, the Court HEREBY ORDERS as follows:

(1) all pending motions (docket nos. 16, 19, 20, 23, 25, 27, 28, 29 and 31) shall be set for hearing on December 7, 2012 at 9:00 a.m.;

(2) all outstanding oppositions to the pending motions shall be filed no later than October 26, 2012;

(3) all replies, if any, shall be filed no later than November 9, 2012.

Plaintiff, who is appearing *pro se*, is hereby admonished that failure to respond timely to the pending motions to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 18, 2012

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOYEDE OLAJIDE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. GAFFEY et al,<br><br>    Defendant.<br>_____/ | Case Number: CV12-04303 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Boyede Olajide
4200 Park Boulevard, #137
Oakland, CA 94602

Dated: September 18, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk