Kevin P. McLaughlin (SBN: 251477)
kmclaughlin@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants JUDGE MICHAEL J. GAFFEY, JUDGE CAROL BROSNAHAN, JUDGE THOMAS ROGERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD BOYEDE OLAJIDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. GAFFEY, MICHAEL ARSANIS, MARK E. ROWLEY, CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, CAROL BROSNAHAN, THOMAS ROGERS, DOES 1-12,<br><br>　　　　Defendants. | Case No. C12-04303 JSW<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL** |

1  WHEREAS, on or about January 3, 2013 the Court granted the Motion to Dismiss of
2 Defendants JUDGE MICHAEL J. GAFFEY, JUDGE CAROL BROSNAHAN, and JUDGE
3 THOMAS ROGERS.  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
4 DECREED THAT:

5  1. This action is dismissed with prejudiced as to Defendants JUDGE MICHAEL J.
6 GAFFEY, JUDGE CAROL BROSNAHAN, and JUDGE THOMAS ROGERS.

7  2. Plaintiff RONALD BOYEDE OLAJIDE shall take nothing by way of his
8 Complaint.

9 **IT IS SO ORDERED.**

10      April 1
11 ~~February~~ _____, 2013

13  _____
    HON. JEFFREY S. WHITE
14  U.S. DISTRICT JUDGE

2049787.1

---

1                                                                          C12-04303 JSW
[~~PROPOSED~~] JUDGMENT OF DISMISSAL