1 | Kevin P. McLaughlin (SBN: 251477)
kmclaughlin@meyersnave.com
2 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
3 | Oakland, California 94607
Telephone: (510) 808-2000
4 | Facsimile: (510) 444-1108

5 | Attorneys for Defendants JUDGE MICHAEL J.
GAFFEY, JUDGE CAROL BROSNAHAN,
6 | JUDGE THOMAS ROGERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| RONALD BOYEDE OLAJIDE, | Case No. C12-04303 JSW |
|---|---|
| Plaintiff, | **[PROPOSED]** JUDGMENT OF DISMISSAL |
| v. | |
| MICHAEL J. GAFFEY, MICHAEL ARSANIS, MARK E. ROWLEY, CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, CAROL BROSNAHAN, THOMAS ROGERS, DOES 1-12, | |
| Defendants. | |

(Note: "PROPOSED" is shown with strikethrough.)

WHEREAS, on or about January 3, 2013 the Court granted the Motion to Dismiss of Defendants JUDGE MICHAEL J. GAFFEY, JUDGE CAROL BROSNAHAN, and JUDGE THOMAS ROGERS.  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This action is dismissed with prejudiced as to Defendants JUDGE MICHAEL J. GAFFEY, JUDGE CAROL BROSNAHAN, and JUDGE THOMAS ROGERS.

2. Plaintiff RONALD BOYEDE OLAJIDE shall take nothing by way of his Complaint.

**IT IS SO ORDERED.**

~~February~~ April 1 _____, 2013

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE

2049787.1