United States District Court
Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  RONALD BOYEDE OLAJIDE,           Case No. 12-cv-04303-WHO
            Plaintiff,
9
       v.
10                                   **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS ELECTRONICALLY AND DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS**
11 MICHAEL ARSANIS, et al.,
            Defendants.
12                                   Re: Dkt. Nos. 70, 84, 85, 96, 97, 103, 110
13
14
## INTRODUCTION
15
Pro se plaintiff Ronald Boyede Olajide filed the Complaint in this action on August 15, 2013, asserting claims for relief under 42 U.S.C. section 1983. Mr. Olajide's claims stem from an allegedly unlawful arrest and subsequent court proceedings. *See, e.g,* Dkt. No. 1, § III, ¶¶ 1-49. Mr. Olajide has filed a motion for default judgment (Dkt. No. 70), motion to strike the answer filed by defendant County of Alameda (Dkt. No. 77), motion to strike the joint case management statement (Dkt. No. 84), motion to strike the answer filed by defendant City of Oakland (Dkt. No. 85), motions for sanctions (Dkt. Nos. 96-97), motion to strike the answer filed by defendants Michael Arsanis and Mark E. Rowley (Dkt. No. 103), motion to compel ruling on those motions (Dkt. No. 110), and a request for access to the Court's law library and for permission to file documents with the Court electronically. Dkt. No. 112.

For the reasons stated below, the Court GRANTS Mr. Olajide's request for permission to file documents electronically with the Court and DENIES all other motions and requests.

**DISCUSSION**

The Court grants Mr. Olajide permission to file documents electronically with the Court on the Court's Electronic Case Filing (ECF) system.

So long as Mr. Olajide has a pending case before the Court, he may access the law library in the San Francisco courthouse. As he does not need an order from the Court to do so, the Court denies his request for access to the library as moot. He also requested assistance in setting up a deposition. The Court refers him to the Legal Self Help office on the 15th floor of 450 Golden Gate Avenue, San Francisco, CA, 94102.

Mr. Olajide's motion for default is denied as defendants timely filed responsive pleadings. Defendants were served between August 16 and August 17, 2013, and their responsive pleadings were due September 6 and September 7, 2013. Dkt. No. 14. Defendants filed timely motions to dismiss. Dkt. Nos. 25, 27-29.

Mr. Olajide's motions to strike the defendants' answers are grounded in misunderstandings of the Federal Rules of Civil Procedure. He will have an opportunity to dispute the defendants' characterization of the facts at trial, but he cannot strike their answers because he disagrees with them. Nothing in the answers is "redundant, immaterial, impertinent, or scandalous," as required to strike pleadings under Federal Rule 12(f).

Mr. Olajide's motion to strike defendants' case management statement is also improper as a case management statement is not a pleading subject to a motion to strike and, in any event, there is nothing "redundant, immaterial, impertinent, or scandalous" in the statement.

Mr. Olajide's motions for sanctions are premised on the supposedly improper answers filed by defendants. As the answers were not improper, the motions for sanctions have no merit.

Mr. Olajide's motion to compel a ruling on the motions discussed above is denied. The Court rules on pending motions in a timely manner and not because one side or another is anxious for a result.

**CONCLUSION**

The Court DENIES Mr. Olajide's motion for default judgment (Dkt. No. 70), motion to strike the answer filed by defendant County of Alameda (Dkt. No. 77), motion to strike the joint

case management statement (Dkt. No. 84), motion to strike the answer filed by defendant City of Oakland (Dkt. No. 85), motions for sanctions (Dkt. Nos. 96-97), motion to strike the answer filed by defendants Michael Arsanis and Mark E. Rowley (Dkt. No. 103), and motion to compel ruling on those motions (Dkt. No. 110). The Court GRANTS Mr. Olajide's request at Docket No. 112 in regards to his request for permission to file documents on the Court's ECF system and DENIES as moot the request for access to the law library as Mr. Olajide already has access to the library without a Court order, as long as he has a case pending before the Court.

**IT IS SO ORDERED**.

Dated: August 29, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BOYEDE OLAJIDE,<br><br>               Plaintiff,<br><br>  v.<br><br>MICHAEL J. GAFFEY et al,<br><br>               Defendant. | Case Number: CV12-04303 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Ronald Boyede Olajide
4200 Park Boulevard, #137
Oakland, CA 94602

Dated: August 29, 2013

                                              Richard W. Wieking, Clerk
                                                 By: Jean Davis, Deputy Clerk